UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
May 25, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA, )
) Case No. CR.S-05-0180-LKK
Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
KVON JOELL JACKSON, )
)
Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  KVON JOELL JACKSON , Case No.  CR.S-05-0180-LKK  , Charge  18USC § 922(g)(1) - Felon in Possession of a Firearm and Ammunition , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     _  Release on Personal Recognizance

     _  Bail Posted in the Sum of $_____

          _  Unsecured Appearance Bond

          _  Appearance Bond with 10% Deposit

          _  Appearance Bond with Surety

          _  Corporate Surety Bail Bond

          _  (Other)     Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  May 25, 2005  at  2:00 pm  .

By   /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court

# SPECIAL CONDITIONS OF RELEASE

RE: JACKSON, KVON
Doc. No. CRS 05-180-LKK

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. Your travel is restricted to the Eastern District of California without the prior consent of the Pretrial Services Officer;

4. You are released the third-party custody of Yvette Williams;

5. You shall reside at residence of Yvette Williams as approved by the pretrial services officer and not change your residence without the prior approval of the Pretrial Services Officer;

6. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

7. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

8. You shall submit to drug or alcohol testing as approved by the Pretrial Services Officer; and

9. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the Pretrial Services Officer.

May 24, 2005