```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    K'VON JACKSON
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR. S-05-00180 LKK |
|---|---|
| Plaintiff, | ) |
|  | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
|  | ) |
| K'VON JACKSON, | ) |
|  | ) Date:  July 12, 2005 |
| Defendant. | ) Time:  9:30 a.m. |
|  | ) Judge: Hon. Lawrence K. Karlton |
| _____ | ) |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, K'von Jackson, that the status conference scheduled for July 12, 2005, may be continued to August 16, 2005, at 9:30 a.m.

Defense counsel and Mr. Jackson seek additional time to review discovery, gather records, conduct investigation, and consider the filing of pretrial motions. So that these tasks may be completed, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial

/////

Act may be excluded from the date of this order through August 15, 2005, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

```
                                        Respectfully submitted,

                                        QUIN DENVIR
                                        Federal Defender


Dated: July 7, 2005                     /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for K'VON JACKSON


                                        McGREGOR SCOTT
                                        United States Attorney


Dated: July 7, 2005                     /s/ T. Zindel for J. Hitt
                                        JASON HITT
                                        Assistant U.S. Attorney
```

**O R D E R**

The status conference is continued to August 16, 2005, at 9:30 a.m. and time under the Speedy Trial Act is excluded through that date for the reasons set forth above and by agreement of the parties.

IT IS SO ORDERED.

Dated: July 11, 2005
                                        /s/Lawrence K. Karlton
                                        HON. LAWRENCE K. KARLTON
                                        United States District Judge

2