```
QUIN DENVIR, Bar #49374
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
K'VON JACKSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> K'VON JACKSON, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | NO. CR. S-05-00180 LKK <br><br> **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE (AMENDED)** <br><br> Date:  August 16, 2005 <br> Time:  9:30 a.m. <br> Judge: Hon. Lawrence K. Karlton |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, K'von Jackson, that the status conference scheduled for August 16, 2005, may be continued to August 30, 2005, at 9:30 a.m.

    Defense counsel and Mr. Jackson seek additional time to review discovery, gather records, conduct investigation, and consider the filing of pretrial motions. So that these tasks may be completed, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial

/////

Act may be excluded from the date of this order through August 30, 2005, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

QUIN DENVIR
Federal Defender

Dated: August 5, 2005                    /s/ T. Zindel
                                         TIMOTHY ZINDEL
                                         Assistant Federal Defender
                                         Attorney for K'VON JACKSON


                                         McGREGOR SCOTT
                                         United States Attorney


Dated: August 5, 2005                    /s/ T. Zindel for J. Hitt
                                         JASON HITT
                                         Assistant U.S. Attorney


**O R D E R**

The status conference is continued to August 30, 2005, at 9:30 a.m. and time under the Speedy Trial Act is excluded through that date for the reasons set forth above and by agreement of the parties.

IT IS SO ORDERED.


Dated:  August 5, 2005                   /s/ Lawrence K. Karlton
                                         HON. LAWRENCE K. KARLTON
                                         United States District Judge

2