QUIN DENVIR, Bar #49374
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
K'VON JACKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. S-05-00180 LKK |
| Plaintiff, | **ORDER AFTER HEARING** |
| v. | |
| K'VON JACKSON, | Date: August 30, 2005 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: Hon. Lawrence K. Karlton |

At the status conference held August 30, 2005, the parties requested a further status date of September 27, 2005, and an order excluding time under the Speedy Trial Act. The time exclusion rests on the ongoing discussions relating to resolution of the case and on the need for further defense investigation. The Court found that the reasons for the continuance outweigh the best interests of the defendant and the public in a speedy trial and therefore excludes time under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4) through September 27, 2005.

IT IS SO ORDERED.

Dated: September 1, 2005           /s/Lawrence K. Karlton
                                   HON. LAWRENCE K. KARLTON
                                   United States District Judge