QUIN DENVIR, Bar #49374
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
K'VON JACKSON


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR. S-05-00180 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | |
| K'VON JACKSON, | ) | |
| | ) | |
| Defendant. | ) | Date:   September 27, 2005 |
| | ) | Time:   9:30 a.m. |
| _____ | ) | Judge:  Hon. Lawrence K. Karlton |


IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, K'von Jackson, that the status conference scheduled for September 27, 2005, may be continued to November 1, 2005, at 9:30 a.m.

Defense counsel and Mr. Jackson seek additional time to conduct investigation. Specifically, the defense is seeking to gather information that may mitigate the offense. So that the task may be completed, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order through

1   November 1, 2005, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code

2   T4).

3                                    Respectfully submitted,

4                                    QUIN DENVIR
                                     Federal Defender
5

6   Dated: September 22, 2005        /s/ T. Zindel
                                     TIMOTHY ZINDEL
7                                    Assistant Federal Defender
                                     Attorney for K'VON JACKSON
8

9                                    McGREGOR SCOTT
                                     United States Attorney
10

11  Dated: September 22, 2005        /s/ T. Zindel for J. Hitt
                                     JASON HITT
12                                   Assistant U.S. Attorney

13

14                           **O R D E R**

15       The status conference is continued to November 1, 2005, at 9:30 a.m. and

16  time under the Speedy Trial Act is excluded through that date for the reasons

17  set forth above and by agreement of the parties.

18       IT IS SO ORDERED.

19

20  Dated: September 23, 2005        /s/ Lawrence K. Karlton
                                     HON. LAWRENCE K. KARLTON
21                                   United States District Judge

22

23

24

25

26

27

28

                                 2