```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    K'VON JACKSON
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR. S-05-00180 LKK |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
| | ) |
| K'VON JACKSON, | ) |
| | ) |
| Defendant. | ) Date: November 1, 2005 |
| | ) Time: 9:30 a.m. |
| _____ | ) Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, K'von Jackson, that the status conference scheduled for November 1, 2005, may be continued to December 6, 2005, at 9:30 a.m.

The United States has made a plea offer to Mr. Jackson. Time is needed both to consider that offer and, if it is accepted, to reduce it to writing. So that these tasks may be completed, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act may be

/////

/////

excluded from the date of this order through December 6, 2005, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                               Respectfully submitted,

                                               QUIN DENVIR
                                               Federal Defender

Dated: October 27, 2005                 /s/ T. Zindel
                                             TIMOTHY ZINDEL
                                             Assistant Federal Defender
                                             Attorney for K'VON JACKSON


                                             McGREGOR SCOTT
                                             United States Attorney

Dated: October 27, 2005                 /s/ T. Zindel for J. Hitt
                                             JASON HITT
                                             Assistant U.S. Attorney


**O R D E R**

The status conference is continued to December 6, 2005, at 9:30 a.m. and time under the Speedy Trial Act is excluded through that date for the reasons set forth above and by agreement of the parties.

IT IS SO ORDERED.


Dated: October 31, 2005                 /s/Lawrence K. Karlton
                                             HON. LAWRENCE K. KARLTON
                                             United States District Judge