```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    K'VON JACKSON
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR. S-05-00180 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | |
| K'VON JACKSON, | ) | |
| | ) | |
| Defendant. | ) | Date:  December 6, 2005 |
| | ) | Time:  9:30 a.m. |
| _____ | ) | Judge: Hon. Lawrence K. Karlton |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, K'von Jackson, that the status conference scheduled for December 6, 2005, may be continued to January 10, 2006, at 9:30 a.m.

    The United States has made a plea offer to Mr. Jackson but has yet to reduce the offer to writing.  Time is needed to consider that offer but defense counsel is presently scheduled to begin trial on December 13.  So that Mr. Jackson and counsel may have adequate time to confer, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order through January 10, 2006,

pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).  (If the offer is accepted, counsel may ask to calendar the case earlier for change of plea.)

Respectfully submitted,

QUIN DENVIR
Federal Defender

Dated: December 2, 2005          /s/ T. Zindel
                                 TIMOTHY ZINDEL
                                 Assistant Federal Defender
                                 Attorney for K'VON JACKSON


                                 McGREGOR SCOTT
                                 United States Attorney

Dated: December 2, 2005          /s/ T. Zindel for J. Hitt
                                 JASON HITT
                                 Assistant U.S. Attorney


## O R D E R

The status conference is continued to January 10, 2006, at 9:30 a.m. and time under the Speedy Trial Act is excluded through that date for the reasons set forth above and by agreement of the parties.

IT IS SO ORDERED.

Dated:  December 2, 2005         /s/ Lawrence K. Karlton
                                 HON. LAWRENCE K. KARLTON
                                 United States District Judge

2