UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Kvon Joel Jackson, ) <br> aka Kvon Garner ) <br> ) <br> Defendant. ) <br> _____ ) | No. 2:05-cr-180 LKK <br><br> **DETENTION ORDER** <br><br> (Violation of Pretrial Release, <br> Probation or Supervised Release) |

  X    After a hearing under 18 U.S.C. § 3148 (violation of pretrial release order), the court finds :
    ___ there is probable cause to believe the person has committed a federal,
    state or local crime while on release and defendant has not rebutted the
    presumption that his release will endanger another or the community or
     X   there is clear and convincing evidence that defendant has violated
    **another** condition of release and
       X   based on the factors set forth in 18 U.S.C. § 3142(g) there currently is
        no condition or combination of conditions of release that will assure that the
        defendant will not flee or pose a danger to the safety of another person or
        the community or
       ___ the person is unlikely to abide by any condition or combination of
        conditions of release.  F.R.Cr.P. 32.1(a)(D), 46(c), 18 U.S.C. § 3148.

  ___   After a hearing pursuant to F.R.Cr.P. 32.1(a)(6) and 46(c) and 18 U.S.C. § 3143
    (violation of probation or supervised release) the court finds there is probable cause
    to believe defendant has violated a condition of probation or supervised release and
    defendant has not met his burden of establishing by clear and convincing evidence
    that he will not flee or pose a danger to another person or to the community.  18
    U.S.C. § 3143.

        IT IS ORDERED that pursuant to 18 U.S.C. § 3142(i)(2)-(4) defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded reasonable opportunity for private consultation with his counsel.  Upon further order of a court of the United States or request of an attorney for the United States the person in charge of the corrections facility in which defendant is confined shall deliver defendant to a United States Marshal for purpose of an appearance in connection with a court proceeding.

        DATED:   12/8/05

                                                                    _____
                                                                    UNITED STATES MAGISTRATE JUDGE