UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. CR-S-05-0180 LKK |
| v. ) | |
| ) | |
| KVON JOELLE JACKSON. ) | |
| _____ ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
     (X) Ad Prosequendum                              ( ) Ad Testificandum

Name of Detainee:    Kvon Joelle JACKSON, X-Ref. No. 3373140
Detained at (custodian):    Sacramento County Main Jail, 651 I Street, Sacramento, California 95814

Detainee is:    a.)    (X) charged in this district by:   () Indictment    () Information (X) Petition for
                                                                                   Supervised Release
                                                                                   Violation
           charging detainee with: a new state law violation.
    or    b.)    (_) a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    (_) return to the custody of detaining facility upon termination of proceedings
    or    b.)    (X) be retained in federal custody until final disposition of federal charges.

*Appearance is necessary in the Eastern District of California for court appearance on supervised release violation before Judge Karlton on **February 6, 2007, at 9:30 a.m.***

| | |
|---|---|
| Signature: | /s/ Jason Hitt |
| Printed Name & Phone No: | Jason Hitt  916-554-2751 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
     (X) Ad Prosequendum                              (_) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: February 1, 2007

_____
LAWRENCE K. KARLTON
United States District Judge

___

Please provide the following, if known:
AKA(s) (if applicable):    None                                              X Male    Female
Booking or CDC #:    X-Ref. No. 3373140
Facility Address:    Sacramento County Main Jail
           651 I Street
           Sacramento, California 95814
Facility Phone:    916-874-6752
Currently Incarcerated For:    State narcotics charges and outstanding state warrants

___

### RETURN OF SERVICE

Executed on    _____         By: _____
                                                            (Signature)